# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 776 MAL 2015
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
RANDALL LEE ALLOWAY, JR., :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justices Eakin and Donohue did not participate in the consideration or decision of this matter.